## CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

**MEMO ENDORSED**

July 2, 2026

**STATUS REPORT – REQUEST FOR
EXTENSION OF TIME**

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **Surimass Limsuvanrot v. Hatsuhana of USA, et. al.
Case No.  25 Civ. 8249 (ER)**

Dear Judge Ramos,

I am counsel to plaintiffs and writing to report that the parties are still cooperating with each other with regard to a settlement reached during mediation.  We respectfully request an additional three (3) weeks to finalize the settlement. This motion is on consent and no other dates or deadlines will be affected. This is our first request for an extension.

We thank the court for considering this case.

Respectfully,

*Peter Hans Cooper*

Peter H. Cooper

cc:     All counsel of Record

---

The Plaintiff's request to extend her deadline to file the settlement agreement until July 24, 2026, is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  July 2, 2026
New York, New York