**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SURIMASS LIMSUVANROT, on behalf of herself and others similarly situated,

*Plaintiff*,

- against -

HATSUHANA OF U.S.A., INC., and KEITA SATO, and KIKUZO SHIRAISHI,

*Defendant*.

Case No. 1:25-cv-08249-ER

~~**[PROPOSED]**~~
**RULE 68 JUDGMENT**

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Hatsuhana of U.S.A., Inc. and Keita Sato (collectively, "Defendants"), having offered to allow Plaintiffs Surimass Limsuvanrot and Sasivara Panpech (collectively, "Plaintiffs") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00) ("Judgment Amount"), which includes all damages, including attorneys' fees and costs, related to Plaintiffs' FLSA claims asserted in the above-captioned action, and which shall constitute full and complete satisfaction of all FLSA claims asserted by Plaintiffs against Defendants and will result in automatic and immediate dismissal with prejudice of any and all of Plaintiffs' FLSA claims in this action against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 10, 2026 and filed as Exhibit A to Docket Number 20;

**WHEREAS,** on July 17, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 20);

It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of Plaintiffs Surimass Limsuvanrot and Sasivara Panpech, in the sum of $15,000.00, in accordance

with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 10, 2026 and filed as Exhibit A to Docket Number 20. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: July 23, 2026
New York, New York

U.S.D.J.